750 A.2d 842

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Dennis Ryan WALTERS, Appellant.**

Supreme Court of Pennsylvania.

Argued May 2, 2000.

Decided May 19, 2000.

Glenn D. Welsh, Public Defender, David J. Long, Public Defender's Office, for Dennis Ryan Walters.

Mark Baldwin, Dist. Atty., Iva C. Dougherty, Dist. Attorney's Office, for Com.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

## O R D E R

PER CURIAM:

Appeal dismissed as having been improvidently granted.